# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FEB 04 2013

CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Search of

(name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS:

3029 Remington Avenue, Baltimore, MD 21211

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

CASE NUMBER: 13-181 SKG

I, ____Michael Groth____, being duly sworn depose and say:

I am a(n) __ATF Special Agent__ and have reason to believe that on the person or on the premises known as

Official Title

3029 Remington Avenue, Baltimore, Maryland 21211; an attached two story row home with a tan color brick exterior. The numerals "029" are affixed to the left of the front entry door. The numeral "3" is missing from the house number. A long stairwell leads to the front entry door which is light brown in color with three glass panes. There is also a white screen door.

in the District of Maryland there is now concealed a certain person or property, namely (describe the person or property)

M-4 or similar type assault weapon

which are (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
fruits, evidence and instrumentalities of alleged crime(s)

in violation of Title 18, United States Code, Section 922(g); The facts to support the issuance of a Search Warrant are as follows: See attached Affidavit

Continued on the attached sheet and made a part hereof.    X Yes       No

_____

Special Agent, Michael Groth

Affiant

Sworn to before me, and subscribed in my presence

__1/29/13_____        at Greenbelt/Baltimore, Maryland
Date

_____

United States Magistrate Judge

Signature of Judicial Officer